Antanyon ROBINSON, Appellant,

v.

STATE of Missouri, Respondent.

No. 71421.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 10, 1998.

Irene Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

### ORDER

PER CURIAM.

Antanyon Robinson, Movant, appeals from the judgment denying his motion for post-conviction relief pursuant to Rule 24.035 after an evidentiary hearing. We have reviewed the record on appeal and the briefs of the parties and concluded the motion court's decision was not clearly erroneous. Rule 24.035(k). A published opinion would have no precedential value and we affirm by written order. Rule 84.16(b)(2). We have pro-

vided a memorandum opinion for the use of the parties only. Judgment affirmed.